IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

B. SCOGGIN, a minor by and through
their next friend Tina J. Scoggin; H. SCOGGIN,
a minor by and through their next friend
Tina J. Scoggin                                                                    PLAINTIFFS

V.                                          4:11CV00678

CUDD PUMPING SERVICE, INC., RPC INC.                           DEFENDANTS

## AMENDED ORDER

The Order entered on this date dismissing Cudd Energy Services should reflect that the Defendant Cudd Energy Services is dismissed without prejudice.

IT IS SO ORDERED this 9th day of December, 2011.

James M. Moody
United States District Judge