**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**B. SCOGGIN, a minor by and through
their next friend Tina J. Scoggin; H. SCOGGIN,
a minor by and through their next friend
Tina J. Scoggin**                                                             **PLAINTIFFS**

**V.**                                            **4:11CV00678**

**CUDD PUMPING SERVICE, INC., RPC INC.**                      **DEFENDANTS**


**<u>AMENDED ORDER</u>**

The Order entered on this date dismissing Cudd Energy Services should reflect that the

Defendant Cudd Energy Services is dismissed without prejudice.

IT IS SO ORDERED this 9th day of December, 2011.


_____
James M. Moody
United States District Judge