## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**B. SCOGGIN, a minor, and**
**H. SCOGGIN, a minor, by and through**
**their next friend, TINA J. SCOGGIN**                                   **PLAINTIFFS**

**VS.**                                        **CASE NO. 4-11-CV-0678 JMM**

**CUDD PUMPING SERVICES, INC.,**
**RPC INC., and**
**CUDD ENERGY SERVICES**                                                  **DEFENDANTS**

### STIPULATION BY PLAINTIFFS' AND DEFENDANT'S FOR
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the plaintiffs and the defendants hereby stipulate that

this action should be dismissed and that pursuant to Rule 41(a)(1)(B) the dismissal is without

prejudice.

STIPULATED June *10* , 2013


**DEAL, COOPER & HOLTON, PLLC**
296 Washington Avenue
Memphis, TN  38103
Telephone:  (901) 523-2222

By:___ /S/ John R. Holton _____
         John R. Holton (2009056)
         Timothy R. Holton (2001101)

*Attorneys for Plaintiffs*

288389-1

**ROSE LAW FIRM**
a Professional Association
120 East Fourth Street
Little Rock, AR  72201-2893
Telephone:  (501) 377-0307
Facsimile:   (501) 375-1309
E-mail: *pgoss@roselawfirm.com*

By:  ___/S/ Patrick J. Goss_____
       Patrick J. Goss (ABA No. 73042)

*Attorneys for Defendants*

2

288389-1